JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN HILL, | No. CV 19-5331 AG (FFM) |
| Petitioner, | JUDGMENT |
| v. | |
| C.D.C.R., et al., | |
| Respondents. | |

Pursuant to the Order Re Summary Dismissal of Action Without Prejudice, IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: September 14, 2019

ANDREW J. GUILFORD
United States District Judge